## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DONALD JAMES COTTERMAN,**

     **Plaintiff,**

**vs.**                                                    **Case No. 4:17cv269-MW/CAS**

**SERGEANT MAXWELL,**

     **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, while a detainee at the Wakulla County Jail, initiated this case pro se in June 2017. Plaintiff was granted in forma pauperis status, ECF No. 4, and service was directed in October 2017 of his civil rights complaint, ECF No. 1. ECF No. 10. On November 21, 2017, the United States Marshals Service filed a notice indicating that the waiver of service forms which were mailed to the Defendant had not been returned. ECF No. 11. The Clerk's Office issued summons, ECF No. 12, and the Marshals Service was directed to personally serve the Defendant with the complaint and summons. ECF No. 13. As of this date, there has been no response to the complaint, nor has an executed or unexecuted summons been filed.

However, judicial notice is taken that Plaintiff escaped from the Wakulla County Jail in mid-November 2017.  He remains a fugitive as of this date and has abandoned this litigation.  There is no need to continue this case.

Accordingly, it is **RECOMMENDED** that this case be dismissed for failure to prosecute and for failure to comply with a court order.

**IN CHAMBERS** at Tallahassee, Florida, on January 4, 2018.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**