# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DONALD JAMES COTTERMAN,**

       **Plaintiff,**

**v.**                             **Case No. 4:17cv269-MW/CAS**

**SERGEANT MAXWELL,**

       **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and for failure to comply with a court order." The Clerk shall close the file.

**SO ORDERED on February 8, 2018.**

                                      **s/Mark E. Walker**  
                                      **United States District Judge**